December 20, 1979

397 A.2d 1249

Balog, Appellant, v. Balog.

Argued October 26, 1978. Anthony J. Martin, for appellant; John L. Bailey, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly denied a decree in divorce in this case.

SPAETH, J. dissented.

397 A.2d 1248

Commonwealth v. Mack, Appellant.

Submitted April 10, 1978. John H. Corbett, Jr., Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.